01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,          **)**
                                       **)**   CASE NO. CR25-080 RAJ
09          Plaintiff,                 **)**
                                       **)**
10          v.                         **)**
                                       **)**   DETENTION ORDER
11  JOE LANE TODD,                     **)**
                                       **)**
12          Defendant.                 **)**
    _____**)**
13

14

<u>Offenses charged</u>:
15

    1.  Receipt of Child Pornography
16
    2.  Possession of Child Pornography.
17

<u>Date of Detention Hearing</u>:    May 8, 2025.
18
            The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and
19
    based upon the factual findings and statement of reasons for detention hereafter set forth, finds
20
    that no condition or combination of conditions which defendant can meet will reasonably assure
21
    the appearance of defendant as required and the safety of other persons and the community.
22

DETENTION ORDER
PAGE -1

01      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02      1.     Defendant has been charged with violations of 18 U.S.C. § 2252(a)(2).   There

03 is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk,

04 under 18 U.S.C. § 3142(e).

05      2.     Defendant is a risk of flight based upon the fact that he has no release address.

06 Defendant is a danger to the community based on the nature of the alleged offenses and his

07 prior criminal history involving convictions for child molestation and rape of a child. Defendant

08 does not contest detention at this time.

09      3.     There does not appear to be any condition or combination of conditions that will

10 reasonably assure the defendant's appearance at future Court hearings while addressing the

11 danger to other persons or the community.

12 It is therefore ORDERED:

13 1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

14    General for confinement in a correction facility separate, to the extent practicable, from

15    persons awaiting or serving sentences or being held in custody pending appeal;

16 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

17 3.  On order of the United States or on request of an attorney for the Government, the person

18    in charge of the corrections facility in which defendant is confined shall deliver the

19    defendant to a United States Marshal for the purpose of an appearance in connection with a

20    court proceeding; and

21 4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

22    the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

01   Officer.

02        DATED this 9th Day of May, 2025.

03

04                                    S. KATE VAUGHAN
                                      United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3