The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>       v.<br><br>JOE LANE TODD,<br><br>                            Defendant. | NO. 2:25-cr-00080-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

The Court, having considered the parties' Stipulated Motion to Continue the Trial Date and Pretrial Motions Deadline, hereby finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).  Specifically, the Court finds that the failure to grant a continuance would be likely to make a continuation of the proceeding impossible, because newly appointed counsel for the defendant is unable to be present for the entirety of the trial as currently scheduled, which would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

Additionally, because of the volume of discovery and the complexity of the case due to the number of witnesses and experts, and the schedules of trial counsel for both parties, the failure to grant a continuance would deny counsel for the defendant continuity of counsel and as well as reasonable time necessary for effective representation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1
*U.S. v. Todd* / 2:25-cr-00080-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Court therefore ORDERS that the parties' stipulated motion (Dkt. 19) is
2  GRANTED.  The trial date in this matter is continued to February 2, 2026.  All pretrial
3  motions, including motions in limine, shall be filed no later than December 15, 2025.
4  IT IS FURTHER ORDERED that the period of time between entry of this order
5  and the new trial date of February 2, 2026, is excluded pursuant to 18 U.S.C.
6  § 3161(h)(7).

8  DATED this 11th day of September, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2
*U.S. v. Todd* / 2:25-cr-00080-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970