Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE LANE TODD,<br><br>Defendant. | No. 2:25-cr-00080-RAJ<br><br>ORDER |

THIS MATTER comes before the court on Defendant's Unopposed Motion to Continue Pretrial Motions Deadline (Dkt. 23). The Court having considered Defendant's motion, the files and pleadings herein, and finding good cause,

IT IS ORDERED that Defendant's Unopposed Motion to Continue Pretrial Motions Deadline (Dkt. 23 ) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than January 5, 2026.

DATED this 17th day of December, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1