The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE LANE TODD,<br><br>Defendant. | NO. 2:25-cr-00080-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

The Court, having considered the parties' Stipulated Motion to Continue the Trial Date and Pretrial Motions Deadline, hereby finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). Specifically, the Court finds that the failure to grant a continuance would be likely to make the proceeding impossible, because defense counsel is unable to be present at trial as currently scheduled because he is currently in trial and is expected to be in trial on the current trial date, which would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Additionally, defense counsel expects this matter to be resolved by plea and needs additional time to complete his due diligence regarding a search related issue raised by the defendant.

The Court therefore ORDERS that the parties' stipulated motion (Dkt. 27) is GRANTED. The trial date in this matter is continued to June 22, 2026. All pretrial motions, including motions in limine, shall be filed no later than April 20, 2026.

1   IT IS FURTHER ORDERED that the period of time between entry of this order
2   and the new trial date of June 22, 2026, is excluded pursuant to 18 U.S.C. § 3161(h)(7).

4   DATED this 13th day of January, 2026.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2
*U.S. v. Todd* / 2:25-cr-00080-RAJ